# Exhibit A

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

**VAu 1-198-322**

**Effective Date of Registration:**
January 09, 2015

## Title
- **Title of Work:** Durst Photos Vol. 1

  Robert Durst, Kathie Durst & Susan Berman

## Completion/Publication
- **Year of Completion:** 1982

## Author
- **Author:** Henry Grossman
- **Author Created:** photograph(s)
- **Citizen of:** United States
- **Domiciled in:** United States
- **Year Born:** 1936

## Copyright Claimant
- **Copyright Claimant:** Henry Grossman
  c/o Cahill Partners LLP, 70 West 40th Street 15th FL, New York, 10018, United States

## Rights and Permissions
- **Name:** David Grossman
- **Email:** grossmanenterprises@gmail.com

## Certification
- **Name:** Amy Goldrich
- **Date:** January 09, 2015

