# Exhibit C

## Assignment of Copyright

This Agreement is made between Grossman Enterprises, LLC, a New York LLC ("Grossman Enterprises") and Henry Grossman ("HG"), whose address is 100 West 76th Street #6N, New York, NY 10023. HG represents and warrants that he is the sole creator of the photographs that are the subject of US Copyright Registrations VAu 1-198-319, VAu 1-198-320, VAu 1-198-322, and VAu 1-945-060, (the "Works"), and that he previously conveyed all copyright interests therein to Grossman Enterprises. As a result, this Agreement is hereby entered into in order to convey to Grossman Enterprises the copyright registrations that properly belong to it, and so that it is made clear that Grossman Enterprises holds the complete and undivided copyright interest to the Works.

For valuable consideration, receipt and sufficiency of which are hereby acknowledged, HG and Grossman Enterprises agree as follows:

1. To the extent he has not previously done so, HG does hereby sell, assign, and transfer to Grossman Enterprises, its successors and assigns, the entire right, title and interest in and to the copyright in the Works and any registrations and copyright applications relating thereto and any renewals and extensions thereof, and in and to all works based upon, derived from, or incorporating the Work, and in and to all income, royalties, damages, claims and payments now or hereafter due or payable with respect thereto, and in and to all causes of action, either in law or in equity for past, present, or future infringement based on the copyrights, and in and to all rights corresponding to the foregoing throughout the world.

2. HG agrees to execute all papers and take other actions as Grossman Enterprises may deem necessary to secure for Grossman Enterprises or its designee the rights herein assigned.

In witness whereof, the parties have executed this Agreement, effective this 30th day of March, 2015.

_____
Henry Grossman

Date: March 30, 2015

Grossman Enterprises, LLC

_____
By: David Grossman
Title: Managing Member
Date: 3/30/15