# Exhibit E



**1982** BEFORE THE FALL Robert Durst with best friend Susan Berman, center, and wife Kathie.

# WHAT MADE BOBBY RUN?
Case 1:20-cv-03023-LJL   Document 1-5   Filed 04/14/20   Page 2 of 3



**2001** | CAPTURED Durst was arrested for shoplifting in rural Pennsylvania in November.



COLONIAL REG. POLICE — PA
I.R. NO 01-7537
DATE 30 Nov 01
NAME DURST, Robert



Robert Durst's best friend Susan Berman had been dead for nine months, and his wife Kathie missing for 19 years, when pieces of his neighbor Morris Black washed ashore in Galveston, Texas. How did the dashing heir to a New York real estate empire become a cross-dresser caught up in three murder investigations? **LISA DePAULO** follows the trail of the recently apprehended fugitive from New York and Los Angeles to Galveston.