# Exhibit F



