# Exhibit G

Robert & Kathy Durst

"Robert & Kathy Durst. July 15, 1982. (Photo by Robert Karp/New York Post Archives /(c) NYP Holdings, Inc. via Getty Images)"



532449150

## DETAILS

| | |
|---|---|
| Restrictions: | Contact your local office for all commercial or promotional uses. |
| Credit: | New York Post Archives / Contributor |
| Editorial #: | 532449150 |
| Collection: | The New York Post |
| Date created: | July 15, 1982 |
| License type: | Rights-managed |
| Release info: | Not released. More information |
| Source: | The New York Post |
| Object name: | 5-img-720011b.jpg |
| Max file size: | 8410 x 5944 px (28.03 x 19.81 in) - 300 dpi - 10 MB |