# Exhibit H



○ RF and RM

ORIENTATION +

IMAGE RESOLUTION +

PEOPLE

NUMBER OF PEOPLE +

AGE +

PEOPLE COMPOSITION +

ETHNICITY +

EVENTS —

March 17, 2019
USA: Let Her Run: Women Who Broke Boundaries in Running

IMAGE STYLE +

LOCATIONS +

COLLECTIONS —

Choose royalty-free collections >

Choose editorial collections >










