**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| GROSSMAN ENTERPRISES LLC,<br><br>*Plaintiff*,<br><br>-against-<br><br>HUBBARD BROADCASTING, INC., REELZCHANNEL, LLC, AMS PICTURES, INC., ZUMA PRESS, INC., SHUTTERSTOCK, INC., REX FEATURES LIMITED, GETTY IMAGES, INC., NYP HOLDINGS, INC., *and* JOHN DOES 1-100,<br><br>*Defendants*. | 1:20-cv-03023 (LJL)<br><br>**RULE 7.1 DISCLOSURE STATEMENT** |

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable judges and magistrate judges of this Court to evaluate possible disqualification or recusal, the undersigned counsel for Defendant Rex Features Limited certifies that it is wholly owned by Rex Features Holdings Limited, which is a subsidiary owned partially by Shutterstock, Inc. and partially by Shutterstock Netherlands B.V. No publicly held corporation owns 10% or more of any aforementioned entity's stock.

Dated: New York, New York
         July 28, 2020

                                      /s/ Steven G. Mintz
                                      Steven G. Mintz
                                      MINTZ & GOLD LLP
                                      600 Third Avenue, 25th Floor
                                      New York, New York 10016
                                      Tel: (212) 696-4848
                                      mintz@mintzandgold.com
                                      *Attorneys for Defendant*
                                      *Rex Features Limited*