**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| GROSSMAN ENTERPRISES LLC,<br><br>       *Plaintiff*,<br><br> -against-<br><br>HUBBARD BROADCASTING, INC.,<br>REELZCHANNEL, LLC, AMS PICTURES, INC.,<br>ZUMA PRESS, INC., SHUTTERSTOCK, INC., REX<br>FEATURES LIMITED, GETTY IMAGES, INC.,<br>NYP HOLDINGS, INC., *and* JOHN DOES 1-100,<br><br>       *Defendants*. | 1:20-cv-03023 (LJL)<br><br>**RULE 7.1 DISCLOSURE**<br>**STATEMENT OF GETTY**<br>**<u>IMAGES, INC.</u>** |

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable judges and magistrate judges of this Court to evaluate possible disqualification or recusal, the undersigned counsel for Defendant Getty Images, Inc., hereby certifies that Getty Images, Inc., is a wholly owned subsidiary of Abe Investment Holdings, Inc., a Delaware corporation, and that no publicly held corporation owns 10% or more of its stock.

Dated:  New York, New York
     July 28, 2020

           /s/ Steven G. Mintz
           Steven G. Mintz
           MINTZ & GOLD LLP
           600 Third Avenue, 25th Floor
           New York, New York 10016
           Tel: (212) 696-4848
           mintz@mintzandgold.com
           *Attorneys for Defendant*
           *Getty Images, Inc.*